# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARY BROWNLEE,<br><br>             Plaintiff,<br><br>    vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br><br>             Defendant. | Case No.: 2:14-CV-01724 AC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE AND SERVE CERTIFIED ADMINISTRATIVE RECORD |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for filing and serving the certified administrative record be extended for sixty days, from November 12, 2014, to January 12, 2015.  This is Defendant's first request for an extension of time.  Defendant respectfully requests this additional time because a complete Certified Administrative Record is unavailable.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: November 6, 2014    /s__Shellie Lott__
                           (As authorized via email on November 4, 2014)
                           SHELLIE LOTT
                           Attorney for Plaintiff


Dated: November 6, 2014    BENJAMIN B. WAGNER
                           United States Attorney
                           DONNA L. CALVERT
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                  By:      /s/  Jean M. Turk
                           JEAN M. TURK
                           Special Assistant U.S. Attorney

                           Attorneys for Defendant




ORDER


APPROVED AND SO ORDERED:


Dated: November 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE