# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

MARY BROWNLEE,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

No. 2:14-CV-01724-AC

**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before April 13, 2015.

SO ORDERED.

DATED: February 25, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1