SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

MARY BROWNLEE,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

No. 2:14-CV-01724-AC

**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation of the parties showing good cause for the requested extension of Plaintiff's time to file a Reply to Defendant's Cross Motion for Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment on or before June 17, 2015.

SO ORDERED.

DATED: June 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1